UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>　　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendants OBI Seafoods, LLC and Ocean Beauty Seafoods LLC ("Defendants"), file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446(b). This Notice of Removal is being filed without prejudice to Defendants' rights to seek a dismissal or transfer of this action. In support of this Notice of Removal, Defendants state the following:

**Preliminary Statement of Claims**

1.　OBI Seafoods, LLC ("OBI Seafoods") is an Alaska limited liability company with administrative offices located in Seattle, Washington. OBI Seafoods is a named defendant in a civil action filed by former employees Marija Paunovic and Dusan Paunovic ("Plaintiffs") in the King County Superior Court for the State of Washington, Case No. 21-2-07112-7 SEA ("State Court Civil Action").

**NOTICE OF REMOVAL** - 1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

2.      Ocean Beauty Seafoods LLC ("Ocean Beauty Seafoods") is an Alaska limited liability company with administrative offices located in Seattle, Washington.  Ocean Beauty Seafoods is also a named defendant in the same State Court Civil Action.

3.      The State Court Civil Action was commenced when the Plaintiffs filed their Class and Collective Action Complaint ("Complaint") in the King County Superior Court on or about May 28, 2021.

4.      The Complaint alleges violations of the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Alaska Wage and Hour Act. *See, e.g.,* Complaint at ¶¶ 1, 6-7, 11-13, 45, 49-50, 82-108.  Plaintiffs have pled individual as well as proposed class and collective action claims under federal and Alaska state law.

5.      On or about June 2, 2021, Plaintiffs served Defendant OBI Seafoods with copies of the Complaint, including attached Exhibits 1 and 2 (Plaintiffs' individual Consent to Join Collective Action forms); a Summons; and the King County Superior Court's Order Setting Civil Case Schedule, and Case Information Cover Sheet and Area Designation, all of which are attached hereto as **Exhibit A**.  Plaintiffs subsequently served the same set of materials (Complaint (including attached Exhibits 1-2); Summons; King County Superior Court Order Setting Civil Case Schedule, and Case Information Cover Sheet and Area Designation) on Defendant Ocean Beauty Seafoods on June 7, 2021.

**Basis for Removal**

6.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of this action because Plaintiffs' federal FLSA claims arise "under the Constitution, laws, or treaties of the United States."  The Court has supplemental jurisdiction of Plaintiffs' state law claims under the Alaska Wage and Hour Act under 28 U.S.C. § 1367.

**Venue**

7.      In accordance with 28 U.S.C. § 1441(a), this action is being removed to this Court because the United States District Court for the District of Washington – Seattle is "the district

NOTICE OF REMOVAL - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

and division embracing the place where such action is pending." Attached hereto as **Exhibit B** are true and correct copies of all process, pleadings, and orders served upon Defendants in this action, as required by 28 U.S.C. § 1446(a).

8. Following the removal of the action to this Court, Defendants intend to move to transfer the case to the United States District Court for the District of Alaska – Anchorage pursuant to 28 U.S.C. §1404(a). Plaintiffs' employment with Defendants occurred exclusively in the State of Alaska, all of Plaintiffs' claims are based on alleged activities in Alaska, the proposed class and collective actions Plaintiffs seek to represent consist of putative class/collective action members who worked in Alaska, and potential witnesses with information and knowledge relevant to Plaintiffs' claims and Defendants' defenses are located in Alaska.

**Timeliness of Removal and Filing of Answer**

9. OBI Seafoods was the first Defendant served with Plaintiffs' Complaint in this action. Specifically, OBI Seafoods' registered service agent accepted service of the Summons and Complaint on June 2, 2021. Subsequently, on June 7, 2021, Defendant Ocean Beauty Seafoods' registered service agent accepted service of the Summons and Complaint. Defendants file this Notice of Removal within thirty (30) days after receipt of the Complaint setting forth the claims for relief upon which the action is based, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

**Proper Notice of Removal**

10. Defendants will promptly file with the Clerk of the King County Superior Court for the State of Washington a Notice of Removal to Federal Court pursuant to 28 U.S.C. § 1446(d). A copy of this Notice is attached hereto as **Exhibit C**.

11. By removing this matter, Defendants do not waive or intend to waive any defense or the right to move to transfer venue to the United States District Court for the District of Alaska – Anchorage.

NOTICE OF REMOVAL - 3

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

**WHEREFORE**, Defendants hereby remove the above-styled civil action to the United States District Court for the District of Washington – Seattle.

Dated:  June 30, 2021

*s/Douglas E. Smith*
Douglas E. Smith, WSBA #17319
desmith@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:      206.623.3300
Fax:          206.447.6965

Attorneys for Defendants OBI Seafoods, LLC and Ocean Beauty Seafoods LLC

**NOTICE OF REMOVAL** - 4

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on June 30, 2021, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Toby J. Marshall, WSBA #32726
Ryan Tack-Hooper, WSBA #56423
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone:     206.816.6603
Facsimile:     206.319.5450
tmarshall@terrellmarshall.com
rtack-hooper@terrellmarshall.com

Tamara Kenworthey, *pro hac vice forthcoming*
KENWORTHEY LAW PLLC
137 Fifth Avenue, 9th Floor
New York, New York 10010
Telephone:     718.344.5746
Tkenworthey@kenwortheylaw.com

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on June 30, 2021, at Seattle, Washington.

*/s/ Liana Natividad*
Liana Natividad
lnatividad@littler.com
**LITTLER MENDELSON, P.C.**

NOTICE OF REMOVAL - 5