UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC, DUSAN PAUNOVIC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OBI SEAFOODS LLC, OCEAN BEAUTY SEAFOODS LLC,<br><br>　　　　　　　　Defendants. | CASE NO. C21-884 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

As discussed at the status conference held on September 29, 2021, the Court ORDERS the Parties to meet and confer and file a revised joint status report setting forth proposed deadlines and dates for two trial scenarios (individual and class claims) and all other matters discussed at the status conference by no later than October 6, 2021. The Parties are also directed to meet and confer to discuss any coordination regarding Defendants' proposed motion to

MINUTE ORDER - 1

transfer venue and Plaintiffs' motion for conditional class certification and tolling. Unless the Parties otherwise agree and submit a schedule for the Court's approval, Defendants must file their motion to transfer venue by no later than October 8, 2021 and note the motion in accordance with the Local Rules.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 29, 2021.

Ravi Subramanian  
Clerk of Court

s/Paula McNabb  
Deputy Clerk

MINUTE ORDER - 2