2182UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE |

This matter comes before the Court on the Parties' stipulated Motion to Amend the Briefing Schedule. (Dkt. No. 18.) The Court has reviewed the Motion and the Court GRANTS the requested relief. The Parties have demonstrated good cause to amend the schedule as to Defendants' motion to transfer. The amended schedule for the briefing on Defendant's motion to transfer shall be as follows:

| | |
|---|---|
| Defendants' Opening Brief: | October 22, 2021 |
| Plaintiffs' Response Brief: | November 5, 2021 |
| Defendants' Reply Brief: | November 12, 2021 |

ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE - 1

1 | All other dates current set shall remain unchanged.

2 | The clerk is ordered to provide copies of this order to all counsel.

3 | Dated October 18, 2021.

Marsha J. Pechman
United States Senior District Judge