UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion and Proposed Order to Extend the Deadline for Plaintiffs' Motion for Class Certification. (Dkt. No. 37.) The Court has reviewed the Motion and the balance of the record, and DENIES the Motion without prejudice.

The Parties ask the Court to extend the deadline for Plaintiffs' motion for class certification to a date 60 days after the Court rules on their pending motion for conditional certification. The Parties also ask that all related deadlines and the trial date be similarly

extended. As good cause, the Parties suggest that they are currently disputing the "degree and scope" of additional class-related discovery t and that more time is needed to resolve the dispute and complete discovery before the class certification motion is filed. The Court finds this explanation insufficient to justify a 60-day extension of the motion for class certification deadline or any other case deadlines or the trial date. The Parties have not identified what specific discovery is needed, what the dispute between the parties is, why the dispute cannot be quickly resolved, why the discovery cannot be obtained before the class certification motion is due, or how much more time is needed to obtain the discovery sought. No discovery related motion has been filed, and the Court is without sufficient record to consider what extension, if any, might be appropriate, and what impact that may have on the existing case schedule. On this thin record, the Court DENIES the Stipulated Motion without prejudice to a renewed motion that provides far greater clarity than what has been provided.

The Court separately notes that it has taken the Motion for Conditional Certification (Dkt. No. 28) under advisement and intends to issue its order within 30 days of the Motion's noting date of February 25, 2022.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 11, 2022.

Marsha J. Pechman
United States Senior District Judge