THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | NO. 2:21-cv-00884-MJP<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**NOTED FOR CONSIDERATION: MARCH 16, 2022** |

## I.  STIPULATION

On March 7, 2022, the Parties filed a stipulated motion under LCR 7(d)(1) and LCR 10(g) to extend the scheduling deadlines in this matter by 60 days from the Court's decision on the motion for conditional certification. The purpose of the motion was primarily to allow the Parties to resolve certain discovery disputes before the motion for class certification deadline. The Court denied that motion without prejudice on March 11, 2022, ruling that more details were necessary to justify the change and noting that no discovery motions had yet been filed. Dkt. 38. This stipulated motion adds details about the nature of the discovery issues, notifies the Court that at least one discovery motion will be filed by March 18, 2022, and narrows the Parties' request to a 60-day adjustment of the class certification deadlines and a shorter adjustment to the deadlines for discovery related motions and discovery.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 1
CASE NO. 2:21-cv-00884-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

On October 22, 2021, Defendants moved to transfer this case to the District of Alaska contending that, among other things, if discovery proceeded while the case remained in the District of Washington that Defendants would incur unfair and unnecessary costs. Dkt. 20 at 15. The Court denied that motion on December 27, 2021. Dkt. 27.

On January 4, 2022, Plaintiffs served Defendants with discovery requests pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. Defendants requested and received from Plaintiffs a two-week extension of time to respond. In this same period, the Parties briefed Plaintiffs' motion for conditional certification of an FLSA collective, filed February 14, 2021. On February 18, 2021, Defendants provided their written responses to discovery.

Among other things, Plaintiffs sought discovery Plaintiffs maintain is relevant to class certification, including: the number of fish processing employees at different worksites; the number of fish processing employees who were not paid on a biweekly basis one or more times within the relevant class period; the reasons for the differences in employee pay periods; the contents and degree of standardization of Defendants' employment agreements; Defendants' written policies concerning quarantine compensation and pay periods; and timekeeping and payment records.

Defendants have not yet produced any documents beyond initial disclosures and objected to answering Plaintiffs' interrogatories that seek information related to the proposed class. Defendants contend that discovery relevant to proposed class members other than Plaintiffs is premature before a class is certified. On March 8, 2022, Plaintiffs sent Defendants a lengthy deficiency letter challenging ten aspects of Defendants' written responses, including assertions that general objections are categorically improper and that discovery about absent class members prior to class certification is not premature. Plaintiffs also noticed the Rule 30(b)(6) depositions of both Defendants for March 16, 2022, and designated more than 45 topics for examination for each deposition. Defendants raised concerns about the proposed timing and scope of the depositions as noticed including a lack of at least 14 days' advance notice for the depositions.

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - 2
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

The Parties engaged in some preliminary conferral efforts by email between March 8–11, 2022, and counsel for the Parties met by video conference at the earliest mutually possible time, which was March 15, 2022. They conferred at length about the discovery. The Parties made progress on the issues in dispute regarding the initial scope of the proposed depositions, including a preferred alternative schedule to enable a mutually convenient timing for the depositions, but could not reach agreement as to Plaintiffs' demands that Defendants withdraw their general objections and class-based discovery objections. The Parties agreed to revisit the remaining issues concerning specific objections and production timelines on March 16, 2022, and again as necessary on March 17, 2022, to determine whether any of those matters can be resolved without the Court's intervention.

Accordingly, Plaintiffs intend to move by Friday, March 18, 2022, to compel Defendants to withdraw their general objections (to the extent continued conferrals do not resolve this issue) and objections to producing discovery Plaintiffs maintain is relevant to proposed class members before a class is certified, and to ask the Court to compel them to produce the documents and answer the interrogatories withheld pursuant to those objections. That motion may also include other topics if the Parties are unable to resolve them before Plaintiffs file their motion.

Plaintiffs do not yet have all of the discovery relevant to that motion to which they believe they are entitled and will be unable to obtain it prior to March 25, 2022.

Additionally, the Court's resolution of the motion for conditional certification may resolve or narrow other disputes in this case - potentially mooting some disputes over class discovery and the scope of the proposed depositions, resolving issues related to the Parties' disputes over class certification, and potentially aligning the timelines for any decertification motion by Defendants and the motion for class certification by Plaintiffs.

The Parties anticipate that it will be necessary to adjust other deadlines in response to this change depending upon how discovery proceeds, the outcome of the Plaintiffs' motion for class certification and any other motion practice by the Parties. But consistent with the Court's recent Order (Dkt. 38) and in order to avoid disrupting the entire case schedule unless and until it

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - 3
CASE NO. 2:21-cv-00884-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

proves necessary, they have narrowed their present request to seek an adjustment of only the class certification briefing schedule and discovery related deadlines. Nothing herein should be construed as a waiver by either Party to seek additional adjustments to these deadlines or others in the case schedule.

Given these circumstances, the Parties agree and stipulate, subject to the Court's approval, to an extension as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiffs to File their Motion for Class Certification | March 25, 2022 | May 24, 2022 |
| Deadline for Defendants' Response to the Motion for Class Certification | April 22, 2022 | June 21, 2022 |
| Deadline for Plaintiffs' Reply to the Motion for Class Certification | May 6, 2022 | July 5, 2022 |
| Deadline for Discovery Related Motions | June 8, 2022 | July 15, 2022 |
| Deadline for Discovery | July 8, 2022 | August 31, 2022 |

RESPECTFULLY SUBMITTED AND DATED this 16th day of March, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
Ryan Tack-Hooper, WSBA #56423
Email: rtack-hooper@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

LITTLER MENDELSON P.C.

By: /s/ Renea I. Saade, WSBA #30044
Renea I. Saade, WSBA #30044
Email: rsaade@littler.com
500 L Street, Suite 201
Anchorage, Alaska 99501
Telephone: (907) 561-1214
Facsimile: (907) 561-1215

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - 4
CASE NO. 2:21-cv-00884-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | |
|---|---|---|
| 1 | Tamara Kenworthey, *Admitted Pro Hac Vice*<br>Email: tkenworthey@kenwortheylaw.com | Douglas E. Smith, WSBA #17319<br>Email: desmith@littler.com |
| 2 | 137 Fifth Avenue, 9th Floor<br>New York, New York 10010 | LITTLER MENDELSON, P.C.<br>One Union Square 600 University Street, |
| 3 | Telephone: (718) 344-5746 | Suite 3200 Seattle, WA 98101.3122<br>Telephone: (206) 623-3300 |
| 4 | *Attorneys for Plaintiffs* | Facsimile: (206) 447-6965 |

*Attorneys for Defendants OBI Seafoods, LLC and Ocean Beauty Seafoods LLC*

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - 5
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

Based on the foregoing parties' stipulation and for good cause, IT IS HEREBY ORDERED THAT the current deadlines regarding the motion for class certification are extended by 60 days, such that the motion is now due on May 24, 2022, the response is due June 21, 2022, and the reply is due July 5, 2022. IT IS FURTHER ORDERED that the current deadline for discovery motions is extended to July 15, 2022, and the deadline for completion of discovery is extended to August 31, 2022.

Dated this 24th day of March, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION - 6
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com