UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>ORDER ON DEFENDANTS' MOTION FOR EXTENSION |

This matter comes before the Court on Defendants' Motion for Extension of Time to Complete Rule 30(e) Deposition Review. (Dkt. No. 49.) Having reviewed the Motion and noted the absence of any opposition, the Court finds good cause for the request and GRANTS the Motion. Mr. Ross's review and certification of his Rule 30(b)(6) deposition transcript must have been completed by April 29, 2022.

\\

\\

ORDER ON DEFENDANTS' MOTION FOR EXTENSION - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated May 10, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ON DEFENDANTS' MOTION FOR EXTENSION - 2