The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | Case No. 2:21-cv-00884 MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH MARCH 28, 2022 ORDER**<br>**(DKT 43)** |

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time and any opposition or reply and the remainder of the file herein, finds that Defendant OBI Seafoods, LLC, and Defendant Ocean Beauty Seafoods LLC have shown good cause to extend the time for Defendants to comply with the Court's March 28, 2022 Order to June 6, 2022. On this Basis the Court GRANTS the Unopposed Motion.

DATED this  31st  day of    May              , 2022.

*Marsha J. Pechman*
_____
THE HONORABLE MARSHA J. PECHMAN