UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Late on May 31, 2022, Defendants filed an opposition to Plaintiffs' Motion to Compel. (Dkt. No. 59.) The brief is seven pages over the limit and Defendants have not sought permission to file an overlength brief. See Local Rule 7(e)(4). Unless Defendants file a corrected brief which complies the page limits and formatting requirements of the Local Rules (see Local Rules 7(e) and 10)), the Court will not consider any briefing included after page 12 of the brief. See Local

MINUTE ORDER - 1

Rule 7(e)(6). Any corrected brief must be filed by no later than 5:00 PM June 1, 2022 and it cannot contain any new arguments that were not included in the brief that was filed.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 1, 2022.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk

MINUTE ORDER - 2