UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>　　　　　　　　Defendants. | CASE NO. C21-884 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

On June 21, 2022 the Court held a remote hearing on Defendants' Motion for Relief from Deadline. (Dkt. No. 70.) As the Court orally ruled during the hearing, the Court EXTENDS Defendants' Opposition to Plaintiffs' Motion for Class Certification to 5 PM on June 23, 2022. Plaintiffs' Reply to the Motion for Class Certification is hereby extended to 5 PM on July 7,

MINUTE ORDER - 1

2022. On this limited basis the Court GRANTS in part Defendants' Motion. (Dkt. No. 70.) The Court otherwise DENIES all other requested relief in the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 21, 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Serge Bodnarchuk<br>
Deputy Clerk

MINUTE ORDER - 2