|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO ACCEPT LATE-FILED REVISED DECLARATION AND ERRATA | |

This matter comes before the Court on Defendants' Motion to Accept Late-Filed Revised Declaration and Errata. (Dkt. No. 64.) Having reviewed the Motion and supporting materials, and noted the absence of any opposition, the Court finds good cause to accept the late-filed revised declaration and errata. The Court GRANTS the Motion.

\\

\\

\\

ORDER GRANTING DEFENDANTS' MOTION TO ACCEPT LATE-FILED REVISED DECLARATION AND ERRATA - 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated June 22, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING DEFENDANTS' MOTION TO ACCEPT LATE-FILED REVISED DECLARATION AND ERRATA - 2