UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>ORDER ON MOTION TO ACCEPT LATE-FILED OPPOSITION |

This matter comes before the Court on Defendants' Motion to Accept Late-Filed Opposition. (Dkt. No. 79.) Having reviewed the Motion and noting the lack of any opposition, the Court GRANTS the Motion. The Court accepts that Defendants' failure to comply with the deadline was inadvertent and that counsel's efforts to rectify the error were timely. The Court will consider the late-filed opposition in ruling on the pending Motion for Class Certification.

\\

\\

ORDER ON MOTION TO ACCEPT LATE-FILED OPPOSITION - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated August 2, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge