The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | Case No. 2:21-cv-00884-MJP<br><br>**MOTION TO ACCEPT LATE-FILED OPPOSITION**<br><br>**NOTING DATE AUGUST 26, 2022** |

On August 17, 2022 Plaintiffs filed reply briefs in support of their two pending motions to amend the scheduling order issued in this case (ECF 116 and 117). The Plaintiffs' filings surprised Defendants' counsel had the Plaintiffs' reply deadlines calendared for August 19, 2022 (the note date for the motions). Defendants' counsel had August 17, 2022 calendared as the deadline for Defendants' responses to the two motions consistent with Local Rule 7(d)(2)(A). Plaintiffs' reply briefs take the position that Defendants' responses should have been filed on August 15, 2022 per Local Rule 7(d)(3). Defendants do not agree with Plaintiffs' position but in the abundance of caution and in the event the Court agrees with Plaintiffs' position, Defendants file this motion to request the Court to accept the possibly late-filed oppositions Defendants filed on August 17, 2022 (ECF 119 and 120).

**MOTION TO ACCEPT LATE-FILED OPPOSITION** - 1
Paunovic v. OBI Seafoods, et al.; Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

In the interest of addressing this issue as quickly as possible and given the time of evening, Defendants' counsel is filing this motion before determining if Plaintiffs oppose the motion. Defendants have no objection to adjusting the deadline for Plaintiffs' reply brief should they wish to substantively respond to the responses Defendants filed.

Defendants' counsel apologizes to the Court and Plaintiffs' counsel if Defendants' counsel has indeed inadvertently misapplied the local rules to the pending motions. Defendants' counsel are making a good faith effort to comply with local rules and the schedule for this case. There was no intentional disregard for the same. A proposed order is filed.

Respectfully submitted this 17th day of August, 2022

/s/ Renea I. Saade
Renea I. Saade
Alaska Bar No. 0911060
Littler Mendelson
500 L Street, Suite 201
Anchorage, AK 99501
907.561.1214
Fax: 907.561.1215

Attorneys for Defendants

4883-8359-6323.1 / 112405-1001

**MOTION TO ACCEPT LATE-FILED OPPOSITION** - 2
Paunovic v. OBI Seafoods, et al.; Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300