THE HONORABLE MARSHA J. PECHMAN

1

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6

7
MARIJA PAUNOVIC and DUSAN
PAUNOVIC, individually and on behalf of all
others similarly situated,

NO. 2:21-cv-00884-MJP

8

9
Plaintiffs,

**NOTICE OF FILING CONSENTS
TO JOIN OF OPT-IN PLAINTIFFS
NOS. 81-83**

10
v.

11
OBI SEAFOODS LLC, an Alaska corporation,
and OCEAN BEAUTY SEAFOODS LLC, an

12
Alaska corporation,

13
Defendants.

14

15

16

17     Plaintiffs, Marija Paunovic and Dusan Paunovic, by and through their undersigned

18 counsel, hereby give notice of filing the attached written Consents to Join of Opt-In Plaintiffs:

19     81.     Jonathan Coronado;

20     82.     Garrett Tomaganuk; and

21     83.     Peter J. Wesley.

22 //

23 //

24 //

25 //

26 //

27

NOTICE OF FILING CONSENTS TO JOIN OF OPT-IN
PLAINTIFFS NOS. 81-83 - 1
CASE NO. 2:21-cv-00884-MJP

1    RESPECTFULLY SUBMITTED AND DATED this 9th day of September, 2022.

2                                        TERRELL MARSHALL LAW GROUP PLLC

3                                        By: /s/Toby J. Marshall, WSBA #32726
4                                            Toby J. Marshall, WSBA #32726
                                             Email: tmarshall@terrellmarshall.com
5                                            Ryan Tack-Hooper, WSBA #56423
                                             Email: rtack-hooper@terrellmarshall.com
6                                            936 North 34th Street, Suite 300
7                                            Seattle, Washington 98103-8869
                                             Telephone: (206) 816-6603
8
                                             Tamara Kenworthey, *Admitted Pro Hac Vice*
9                                            Email: tkenworthey@kenwortheylaw.com
                                             137 Fifth Avenue, 9th Floor
10                                           New York, New York 10010
                                             Telephone: (718) 344-5746
11

12                                       *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF FILING CONSENTS TO JOIN OF OPT-IN
PLAINTIFFS NOS. 81-83 - 2
CASE NO. 2:21-cv-00884-MJP

55

**PAUNOVIC V. OBI SEAFOODS LLC AND OCEAN BEAUTY SEAFOODS LLC,**
**USDC – Western District of Washington – Case No. 2:21-cv-00884-MJP**

**OCEAN BEAUTY -- ONLINE CONSENT TO JOIN FLSA LAWSUIT**

| | |
|---|---|
| 1. | I consent to join as a party plaintiff in this lawsuit to pursue claims that OBI Seafoods LLC and Ocean Beauty Seafoods LLC ("Defendants") did not pay me on a biweekly basis in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* |
| 2. | At some point after May 2018, I was hired to perform fish processing work as an employee of one or both Defendants. |
| 3. | During this period, there were occasions when I was not paid on a biweekly basis. |
| 4. | I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter. |
| 5. | I understand that this lawsuit will be prosecuted as a collective action on behalf of Plaintiffs and other similarly situated employees. By joining this lawsuit, I designate the plaintiffs named in the complaint to act as my representative and, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the method and manner of conducting and resolving the litigation, and all other matters relating to the lawsuit. |
| 6. | I consent to be represented by Plaintiffs' attorneys, Terrell Marshall Law Group PLLC and Kenworthey Law, in this matter. |

Date:  **9/1/2022**              **Jonathan coronado**
                                          Signature

                                          _____
                                          Print Name

**The information below will be redacted in filings with the Court. Please print or type.**

| | |
|---|---|
| Address: | |
| **Address 2:** | ▮▮▮▮▮▮▮ |
| **City: Calexico** | |
| **State: California** | |
| **Zip: 92231** | |
| **Country: United States** | |
| Phone Number(s): | ▮▮▮▮▮▮ |
| Email: | ▮ |
| Employer: **General labor** | Dates of Employment: **6/20/2019** to **7/20/2019** |
| Date of Birth: ▮▮▮▮ | Last Four Digits of SSN or Individual Taxpayer Identification Number: |

| Return this form by email, fax, or mail to: | **Terrell Marshall Law Group** |
|---|---|
| | **Attn: Toby Marshall** |
| | **936 North 34th Street, Suite 300** |
| | **Seattle, Washington 98103-8869** |
| | **Telephone: (855) 201-3279** |
| | **Facsimile: (206) 319-5450** |
| | **Email: OceanBeautyWageCase@terrellmarshall.com** |

Entry ID: **274**  Entry Date: **9/1/2022 4:17:27 PM**



**PAUNOVIC V. OBI SEAFOODS LLC AND OCEAN BEAUTY SEAFOODS LLC,**
USDC – Western District of Washington – Case No. 2:21-cv-00884-MJP

### CONSENT TO JOIN FLSA LAWSUIT

1.  I consent to join as a party plaintiff in this lawsuit to pursue claims that OBI Seafoods LLC and Ocean Beauty Seafoods LLC ("Defendants") did not pay me on a biweekly basis in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

2.  At some point after May 2018, I was hired to perform fish processing work as an employee of one or both Defendants.

3.  During this period, there were occasions when I was not paid on a biweekly basis.

4.  I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

5.  I understand that this lawsuit will be prosecuted as a collective action on behalf of Plaintiffs and other similarly situated employees. By joining this lawsuit, I designate the plaintiffs named in the complaint to act as my representative and, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the method and manner of conducting and resolving the litigation, and all other matters relating to the lawsuit.

6.  I consent to be represented by Plaintiffs' attorneys, Terrell Marshall Law Group PLLC and Kenworthey Law, in this matter.

Date: 08-25-2022    Garrett, Tomaganuk
                    Signature

                    Garrett Tomaganuk
                    Print Name

---

**The information below will be redacted in filings with the Court. Please print or type.**

| | |
|---|---|
| Address: ▓▓▓▓▓▓ | |
| City, State, Zip: Hooper Bay, AK, 99604 | |
| Phone Number(s): ▓▓▓▓ | |
| Email: ▓▓ | |
| Employer: N/a | Dates of Employment: N/a |
| Date of Birth: ▓▓▓▓ | Last Four Digits of SSN or Individual Taxpayer Identification Number: ▓▓▓ |
| **Return this form by email, fax, or mail to:** | **Terrell Marshall Law Group**<br>**Attn: Toby Marshall**<br>**936 North 34th Street, Suite 300**<br>**Seattle, Washington 98103-8869**<br>**Telephone: (855) 201-3279**<br>**Facsimile: (206) 319-5450**<br>**Email: OceanBeautyWageCase@terrellmarshall.com** |

**PAUNOVIC V. OBI SEAFOODS LLC AND OCEAN BEAUTY SEAFOODS LLC,**
**USDC – Western District of Washington – Case No. 2:21-cv-00884-MJP**

### CONSENT TO JOIN FLSA LAWSUIT

1. I consent to join as a party plaintiff in this lawsuit to pursue claims that OBI Seafoods LLC and Ocean Beauty Seafoods LLC ("Defendants") did not pay me on a biweekly basis in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

2. At some point after May 2018, I was hired to perform fish processing work as an employee of one or both Defendants.

3. During this period, there were occasions when I was not paid on a biweekly basis.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

5. I understand that this lawsuit will be prosecuted as a collective action on behalf of Plaintiffs and other similarly situated employees. By joining this lawsuit, I designate the plaintiffs named in the complaint to act as my representative and, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the method and manner of conducting and resolving the litigation, and all other matters relating to the lawsuit.

6. I consent to be represented by Plaintiffs' attorneys, Terrell Marshall Law Group PLLC and Kenworthey Law, in this matter.

Date: 8/22/22    *Peter J. Wesley*
                 Signature

                 *Peter J. Wesley*
                 Print Name

The information below will be redacted in filings with the Court. Please print or type.

| | |
|---|---|
| Address: | |
| City, State, Zip: | |
| Phone Number(s): | |
| Email: | |
| Employer: | Dates of Employment: |
| Date of Birth: | Last Four Digits of SSN or Individual Taxpayer Identification Number: |
| Return this form by email, fax, or mail to: | **Terrell Marshall Law Group** <br> **Attn: Toby Marshall** <br> **936 North 34th Street, Suite 300** <br> **Seattle, Washington 98103-8869** <br> **Telephone: (855) 201-3279** <br> **Facsimile: (206) 319-5450** <br> **Email: OceanBeautyWageCase@terrellmarshall.com** |