The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | Case No. 2:21-cv-00884 MJP<br><br>**ORDER ON MOTION FOR EXTENSION OF TIME** |

The Court, having reviewed the pleadings and documents filed in support of Defendants' Unopposed Motion for Extension of Time to Comply with Court's Order (Dkt. 112) and the remainder of the file herein, finds that Defendant OBI Seafoods, LLC, and Defendant Ocean Beauty Seafoods LLC have shown good cause to extend the date to September 16, 2022.

Therefore, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

DATED this 15th day of September, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER- 1
Paunovic v. OBI Seafoods, et al.; Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

*Presented by:*

s/Renea I. Saade
Renea I. Saade, WSBA #30044
Alaska Bar No. 0911060
rsaade@littler.com
LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, AK  99501
Phone:          907.561.1214
Fax:               907.561.1215

Attorneys for Defendants OBI Seafoods, LLC and Ocean Beauty Seafoods LLC

4890-1524-5874.1 / 112405-1001

**ORDER**- 2
Paunovic v. OBI Seafoods, et al.; Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300