UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>AMENDED CASE SCHEDULE ORDER |

The Court issues this Order after reviewing the Parties' Joint Status Report (Dkt. No. 146), which was filed in response to the Court's Order on Plaintiffs' Motion to Amend the Scheduling Order (Dkt. No. 135). The Court finds good cause to amend the case schedule and trial date, and sets the following new schedule:

| Case Deadline | Date |
|---|---|
| Deadline for Plaintiffs to submit their proposed class notice plan to Court | September 30, 2022 |
| Defendants' deadline to produce class damages data | October 4, 2022 |

AMENDED CASE SCHEDULE ORDER - 1

| Reports from expert witnesses under FRCP 26(a)(2) due | March 6, 2023 |
|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | April 4, 2023 |
| Discovery completed by | May 5, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) **Counsel are reminded of the requirement to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion**. | June 5, 2023 |
| all motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | August 28, 2023 |
| Agreed pretrial order due | September 19, 2023 |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law | September 19, 2023 |
| Pretrial Conference | September 26, 2023 at 1:30 PM |
| Trial Length | 20 days |
| Bench Trial | October 2, 2023 at 9:00 AM |

These dates are set at the direction of the Court after reviewing the Joint Status Report submitted by the parties. (Dkt. No. 146.) Though the Parties requested a deadline by which to engage in alternative dispute resolution (ADR), the Court declines to set such a deadline because ADR is not mandatory. The Court also warns the Parties that it is unlikely to extend any case deadlines or the trial date to accommodate any ADR in which the Parties decide to engage. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on

1 | the next business day. These are firm dates that can be changed only by order of the Court, not
2 | by agreement of counsel or the Parties. All of the other provisions and requirements set forth in
3 | the Court's initial Scheduling Order (Dkt. No. 22 at 3-4) remain unchanged and in full force.
4 | The clerk is ordered to provide copies of this order to all counsel.
5 | Dated September 20, 2022.

Marsha J. Pechman
United States Senior District Judge