The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | Case No. 2:21-cv-00884 MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER [DKT. 135]** |

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time and any reply and the remainder of the file herein, finds that Defendant OBI Seafoods, LLC, and Defendant Ocean Beauty Seafoods LLC have shown good cause to extend the time to October 11, 2022, to comply with the Court Order on Plaintiffs' Motion for Class Certification and Motions to Amend & Defendants' Motion to Certify Question and Stay (Dkt. 135).

Therefore, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

DATED this 7th day of October, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER- 1
Paunovic v. OBI Seafoods, et al.; Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

*Presented by:*

s/Renea I. Saade
Renea I. Saade, WSBA #30044
Alaska Bar No. 0911060
rsaade@littler.com
LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, AK  99501
Phone:        907.561.1214
Fax:           907.561.1215

Attorneys for Defendants OBI Seafoods, LLC
and Ocean Beauty Seafoods LLC

**ORDER**- 2
Paunovic v. OBI Seafoods, et al.; Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300