1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated, | CASE NO. C21-884 MJP |
| Plaintiffs, | ORDER GRANTING MOTION TO EXTEND |
| v. | |
| OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC, | |
| Defendants. | |

10
11
12
13
14
15
16
17

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Partial Summary Judgment. (Dkt. No. 167.) Defendants claim to need additional time to obtain discovery from "key witnesses" and to get documents. (Dkt. No. 167 at 2.) They claim that the Thanksgiving holiday and witness unavailability impacted their otherwise diligent efforts to gather this information. Defendants have not submitted a declaration with details of the claimed diligence, the information sought, or the persons involved. These are adequate grounds on which to deny the Motion. But based on the

18
19
20
21
22
23
24

1    representations in the briefing and Plaintiffs' agreement to the extension, the Court GRANTS the

2    Motion and extends the deadlines as follows:

3         (1)    Defendants' response to the Motion for Partial Summary Judgment shall be due

4                by December 12, 2022;

5         (2)    Plaintiffs' reply to the Motion for Partial Summary Judgment shall be due by

6                January 6, 2023; and

7         (3)    The Motion for Partial Summary Judgment shall be renoted to January 6, 2023.

8    The clerk is ordered to provide copies of this order to all counsel.

9    Dated November 28, 2022.

10

11                                        Marsha J. Pechman
                                          United States Senior District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION TO EXTEND - 2