THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>    Defendants. | NO. 2:21-cv-00884-MJP<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS** |

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion for Extension of Time to File Expert Reports. After reviewing the files and records herein, and the Court having been fully advised, and for good cause shown, the Court hereby GRANTS Plaintiffs' Motion.

IT IS SO ORDERED, that Plaintiffs' Motion is granted. The parties may serve their expert reports on or before March 31, 2023.

IT IS SO ORDERED.

DATED this 6th day of March, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Court

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS - 1
CASE NO. 2:21-cv-00884-MJP

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Presented by:

2  TERRELL MARSHALL LAW GROUP PLLC

3
   By: /s/Toby J. Marshall, WSBA #32726
4      Toby J. Marshall, WSBA #32726
       Email: tmarshall@terrellmarshall.com
5      Ryan Tack-Hooper, WSBA #56423
       Email: rtack-hooper@terrellmarshall.com
6      Eric R. Nusser, WSBA #51513
       Email: eric@terrellmarshall.com
7      936 North 34th Street, Suite 300
       Seattle, Washington 98103-8869
8      Telephone: (206) 816-6603
       Facsimile: (206) 319-5450
9

10     Tamara Kenworthey, *Admitted Pro Hac Vice*
       Email: tkenworthey@kenwortheylaw.com
11     KENWORTHEY LAW PLLC
       137 Fifth Avenue, 9th Floor
12     New York, New York 10010
       Telephone: (718) 344-5746
13

14 *Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE EXPERT REPORTS - 2
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com