1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    MARIJA PAUNOVIC and DUSAN          CASE NO. C21-884 MJP
      PAUNOVIC, individually and on behalf
11    of all others similarly situated,          MINUTE ORDER

12                        Plaintiffs,

13          v.

14    OBI SEAFOODS LLC and OCEAN
      BEAUTY SEAFOODS LLC,
15
                          Defendants.
16

17
18          The following minute order is made by the direction of the court, the Honorable Marsha

19    J. Pechman, United States Senior District Judge:

20          The Court held a hearing on March 31, 2023 to discuss Plaintiffs' Unopposed Motion to

      Extend Deadlines and Trial Date. (Dkt. No. 183.) During the hearing, Defendants committed to
21
      produce to Plaintiffs by April 14, 2023 the outstanding class-related materials that are the subject
22
      of Plaintiffs' Motion to Enforce and for Contempt (Dkt. No. 185). The Court explained that it
23
      will impose sanctions to be calculated on a daily basis if Defendants fail to meet the April 14,
24

1  2023 deadline. Plaintiffs are to file a notice with Court on April 14, 2023 indicating whether or

2  not Defendants have produced the materials. If Defendants have not fully complied, Plaintiffs are

3  to explain what sanctions they believe are appropriate. The Court also ordered the Parties to meet

4  and confer and file a proposed revised case schedule by April 21, 2023. Consistent with these

5  rulings, the Court RE-NOTES Plaintiffs' Unopposed Motion to Extend to April 21, 2023, and

6  Plaintiffs' Motion to Enforce and for Contempt to April 14, 2023.

7          The clerk is ordered to provide copies of this order to all counsel.

8          Filed March 31, 2023.

9
                                         Ravi Subramanian
10                                       Clerk of Court

11                                       s/Serge Bodnarchuk
                                         Deputy Clerk
12

13

14

15

16

17

18

19

20

21

22

23

24