THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | NO. 2:21-cv-00884-MJP<br><br>**[PROPOSED]** **AMENDED CASE SCHEDULE ORDER** |

On March 22, 2023, Plaintiffs filed an Unopposed Motion to Extend Deadlines and Trial Date. ECF No. 183. On March 31, the Court held a hearing to discuss Plaintiffs' motion. *See* ECF No. 187. During that hearing, the Court indicated that it was unavailable to begin trial on February 5, 2024, as proposed in Plaintiffs' motion. However, the Court informed the parties it did have availability during the weeks beginning April 1, 22, and 29, 2024. The Court further indicated that it would not allow for a 20-day trial. The Court ordered the parties to meet and confer and file a proposed revised case schedule by April 21. *Id*. at 2. Pursuant to that Order, the parties submitted the below proposed amended case schedule.

After reviewing the files and records herein, and the Court having been fully advised, and for good cause shown, the Court hereby GRANTS Plaintiffs' Unopposed Motion to Extend Deadlines and Trial Date, ECF No. 183, and sets the following new schedule:

AMENDED CASE SCHEDULE ORDER - 1
CASE NO. 2:21-cv-00884-MJP

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | March 31, 2023 | September 22, 2023 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | April 4, 2023 | September 28, 2023 |
| Discovery completed by | May 5, 2023 | October 27, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) **Counsel are reminded of the requirement to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion.** | June 5, 2023 | November 22, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | August 28, 2023 | March 21, 2024 |
| Agreed pretrial order due | September 19, 2023 | April 9, 2024 |
| Trial briefs and Proposed Findings of Fact and Conclusions of Law | September 19, 2023 | April 9, 2024 |
| Pretrial Conference | September 26, 2023, at 1:30 PM | April 16, 2024, at Time TBD by Court |
| Trial Length | 20 days | 8 days |
| Bench Trial | October 2, 2023, at 9:00 AM | April 22, 2024, at 9:00 AM |

IT IS SO ORDERED.

DATED this 21st day of April 2023.

Tana Lin
United States District Judge

AMENDED CASE SCHEDULE ORDER - 2
CASE NO. 2:21-cv-00884-MJP