1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

MARIJA PAUNOVIC and DUSAN
PAUNOVIC, individually and on
behalf of all others similarly situated,

CASE NO. C21-884 MJP

MINUTE ORDER

12

Plaintiffs,

13

v.

14

15

OBI SEAFOODS LLC and OCEAN
BEAUTY SEAFOODS LLC,

16

Defendants.

17

18

19

The following minute order is made by the direction of the court, the Honorable Marsha

J. Pechman, United States Senior District Judge:

20

21

The Court has reviewed Plaintiffs' Fourth Status Report (Dkt. No. 204) and GRANTS

additional time to report on Defendants' document production. A new report shall be filed by

22

May 19, 2023.

23

\\

24

\\

The clerk is ordered to provide copies of this order to all counsel.

Filed May 15, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk