UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court is in receipt of Plaintiffs' Fifth Status Regarding Defendants' Production of Documents. (Dkt. No. 208.) Based on the Court's review of the Report, it appears to the Court that no further matters remain in dispute from Plaintiff's pending Motion to Enforce Court's Orders to Produce Documents and for Contempt (Dkt. No. 185). The Court therefore TERMINATES the Motion to Enforce without further relief.

MINUTE ORDER - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed June 6, 2023.

                        Ravi Subramanian
                        Clerk of Court

                        s/Serge Bodnarchuk
                        Deputy Clerk