THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | NO. 2:21-cv-00884-MJP<br><br>**NOTICE REGARDING SETTLEMENT DISCUSSIONS** |

On December 8, 2023, the parties in this matter filed a stipulated motion to extend the trial date and amend the case scheduling order to allow them time to attempt to find a resolution of Plaintiffs' claims through formal mediation. ECF No. 218. On December 11, 2023, the Court granted the parties' motion and ordered them to file a notice updating the Court on settlement discussions within three days of the scheduled mediation. ECF No. 221 at 7.

The parties now notify the Court that on February 12, 2024, they conducted a full-day mediation via Zoom videoconference with Mediator John Cooper of Washington Arbitration & Mediation Service. While the parties were able to close the gap between their respective positions substantially, they were unable reach an agreement due to time limitations during the one-day session. The parties have, however, scheduled a second all-day mediation session with Mr. Cooper on February 26.

NOTICE REGARDING SETTLEMENT DISCUSSIONS - 1
CASE NO. 2:21-cv-00884-MJP

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Accordingly, the parties propose to notify the Court regarding the outcome of mediation within three days of the second mediation date. If settlement discussions are unsuccessful, the parties will file their response briefs to their cross-motions for summary judgment within fourteen days and file their reply briefs within seven days thereafter—noting the motions for consideration on the same date—pursuant to the Court's Order. *See* ECF No. 221 at 7.

RESPECTFULLY SUBMITTED AND DATED this 15th day of February, 2024.

| TERRELL MARSHALL LAW GROUP PLLC | LITTLER MENDELSON, P.C. |
|---|---|
| By: /s/Toby J. Marshall, WSBA #32726<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Ryan Tack-Hooper, WSBA #56423<br>Email: rtack-hooper@terrellmarshall.com<br>Eric R. Nusser, WSBA #51513<br>Email: eric@terrellmarshall.com<br>Jasmin Rezaie-Tirabadi, WSBA #60285<br>Email: jrezaie@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603 | By: /s/ Derek Bishop, WSBA #39363<br>Douglas E. Smith, WSBA #17319<br>Email: desmith@littler.com<br>Rebecca Schach, WSBA #58018<br>Email: rschach@littler.com<br>Derek Bishop, WSBA #39363<br>Email: debishop@littler.com<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, Washington 98101<br>Telephone: (206) 623-3300<br>Facsimile: (206) 447-6965 |
| Tamara Kenworthey, *Admitted Pro Hac Vice*<br>Email: tkenworthey@kenwortheylaw.com<br>KENWORTHEY LAW PLLC<br>137 Fifth Avenue, 9th Floor<br>New York, New York 10010<br>Telephone: (718) 344-5746 | *Attorneys for Defendants OBI Seafoods, LLC and Ocean Beauty Seafoods LLC* |

*Attorneys for Plaintiffs*

NOTICE REGARDING SETTLEMENT DISCUSSIONS - 2
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com