1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received and reviewed the Parties' notice regarding ongoing settlement negotiations. (Dkt. No. 223.) The Court will permit the Parties the additional time they seek to negotiate. The Parties must update the Court on the status of settlement negotiations by March 18, 2024. If no settlement has been reached by March 18, 2024, the Parties must file their

MINUTE ORDER - 1

response briefs by April 1, 2024, and their reply briefs by April 8, 2024 (the day the cross-motions will note). No further extensions of the briefing deadlines will be permitted.

The clerk is ordered to provide copies of this order to all counsel.

Filed February 29, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2