UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC and OCEAN BEAUTY SEAFOODS LLC,<br><br>Defendants. | CASE NO. C21-884 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Parties' Notice of Settlement (Dkt. No. 226), the Court hereby VACATES the trial date and all interim deadlines, and STRIKES the pending Motions for Summary Judgment (Dkt. Nos. 213, 215). The Court will keep this matter open to allow the Parties to execute a long form settlement agreement and file a motion for preliminary approval of the

MINUTE ORDER - 1

settlement. The Parties must file the motion for preliminary approval by no later than May 10, 2024.

The clerk is ordered to provide copies of this order to all counsel.

Filed April 2, 2024.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/Kathleen Albert
                                          Deputy Clerk

MINUTE ORDER - 2