The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | Case No. 2:21-cv-00884-MJP<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>**NOTED ON CALENDAR:**</u><br>May 31, 2024 |

Defendants OBI SEAFOODS, LLC and OCEAN BEAUTY SEAFOODS, LLC (collectively "Defendants"), by and through their counsel, submit this response to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion"). ECF 228. Defendants believe the proposed settlement is fair, adequate and reasonable, and join Plaintiffs' Motion for Preliminary Approval of Class Action settlement.

Plaintiffs initiated this class and collective action complaint against Defendants in King County Superior Court on May 28, 2021. ECF 1-1. Defendants removed to this Court and sought a motion to change venue to the District Court of Alaska and certification to the Alaska Supreme Court (both denied). As outlined in Plaintiffs' Motion for Preliminary Approval, the parties engaged in extensive written discovery and depositions. Motion at 1. In addition, the parties separately engaged third-party forensic experts to analyze timekeeping and payroll records in the

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 1
Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

course of the litigation. In November 2023, the parties filed cross-motions for summary judgment. ECF 213-216. Shortly after Defendants filed their motion for summary judgment, a parallel lawsuit *Cody Flaherty v. Kanaway Seafoods, Inc.*, Case No. 3:22-cv-00155 Complaint (D. Alaska July 8, 2022) was appealed to the Ninth Circuit Court of Appeals.

**A. The Settlement Is Fair, Adequate, and Reasonable and Is the Result of Arms-Length Negotiations Between Experienced and Capable Counsel and Mediator**

In February 2024, the parties engaged experienced mediator John Cooper and reached a settlement agreement after arms-length negotiations. Defendants agree with Plaintiffs that the settlement is fair, adequate and reasonable in light of the claims and defenses in this action, Plaintiffs' motion for summary judgment, risks at trial, and potentially controlling precedent from the Ninth Circuit.

Defendants have been represented in this action by experienced trial counsel Douglas E. Smith and Derek A. Bishop. Defense counsel has a focused practice on representing companies in complex class action litigation with a combined experience of more than 50 years. Declaration of Derek A. Bishop ("Bishop Decl.") at 2. Defense counsel Douglas Smith has received numerous state and national awards recognizing his expertise in Employment Law and has published on wage and hour issues. Bishop Decl. at 2. Similarly, Defense Counsel Derek Bishop routinely represents companies in state and federal complex class actions and has sat on the Board of Trustees for the Washington Defense Trial Lawyers Association. Prior to private practice, Mr. Bishop was a clerk at the Washington State Supreme Court. At all times, Defense Counsel zealously advocated for Defendants and engaged in settlement negotiations based on their knowledge and experience in conjunction with a forensic analysis expert.

**B. Final Notice**

As detailed by Plaintiffs in the original motion, the parties were still negotiating the content of the proposed notice to send to the class members. The parties have now agreed on the proposed

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 2
Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1  notice and agree that it provides class members with the information required related to the
2  settlement. *See* Bishop Decl. at Ex. A.
3      For the foregoing reasons, Defendants request that the Court grant Plaintiffs' Motion for
4  Preliminary Approval of Class Action Settlement and approve the proposed notice.

6  Dated: May 28, 2024

    I certify that this memorandum contains 501 words, in compliance with the Local civil Rules.

*s/Derek A. Bishop*
Douglas E. Smith, WSBA #17319
desmith@littler.com
Derek A. Bishop, WSBA #39363
debishop@littler.com
LITTLER MENDELSON
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax:   206.447.6965

Attorneys for Defendants OBI Seafoods, LLC and Ocean Beauty Seafoods LLC

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 3
Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# **CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on May 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Plaintiffs' Counsel of Record**

Toby J. Marshall, WSBA #32726
Ryan Tack-Hooper, WSBA #56423
Eric R. Nusser, WSBA #51513
Jasmin Rezaie-Tirabadi, WSBA #60285
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-6603
Phone: (206) 816-6603
Email: tmarshall@terrellmarshall.com
Email: rtack-hooper@terrellmarshall.com
Email: eric@terrellmarshall.com
Email: jrezaie@terrellmarshall.com
Email: jboschen@terrellmarshall.com
Email: hrota@terrellmarshall.com
Email: filing@terrellmarshall.com
Email: docketing@terrellmarshall.com
Email: jrezaie@terrellmarshall.com

Tamara Kenworthey, *Admitted Pro Hac Vice*
137 Fifth Avenue, 9th Floor
New York, New York 10010
Phone: (718) 344-5746
Email: tkenworthey@kenwortheylaw.com

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on May 28, 2024, at Seattle, Washington.

*s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4882-8184-5438.2 / 112405-1001

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 4
Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300