The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | Case No. 2:21-cv-00884-MJP<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on June 28, 2024, I caused to be served a **NOTICE OF SETTLEMENT OF CLASS ACTION PURSUANT TO THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715** upon the person(s) and via the method(s) indicated below:

| | |
|---|---|
| ☐ | **EMAIL** to the email address(es) of the person(s) set forth below. |
| ☐ | **EMAIL** to the email address(es) of the person(s) set forth below, *pursuant to the parties' e-mail service agreement.* |
| X | **U.S. MAIL** by placing a true copy for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Seattle, Washington addressed as set forth below. |

CERTIFICATE OF SERVICE - 1

Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

| ☐ | **OVERNIGHT DELIVERY** by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery and addressed as set forth below. |
|---|---|
| ☐ | **PERSONAL DELIVERY** via legal messenger by causing a copy of the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below. |

Steve Marshall
Office of the Attorney General
Alabama Department of Law
501 Washington Ave
Montgomery, AL 36104

Treg Taylor
Office of the Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

Mark Brnovich
Office of the Attorney General
Arizona Department of Law
2005 N. Central Ave
Phoenix, AZ 85004

Leslie Carol Rutledge
Office of the Attorney General
Arkansas Department of Law
323 Center Street, Suite 200
Little Rock, AR 72201

Rob Bonta
Office of the Attorney General
California Department of Law
1300 "I" Street
Sacramento, CA 95814

Philip Weiser
Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

William Tong
Office of the Attorney General
Connecticut Department of Law
165 Capitol Avenue
Hartford, CT 06106

Kathy Jennings
Office of the Attorney General
Delawaree Department of Law
Carvel State Building
820 N. French St.
Wilmington, DE 19801

Brian Schwalb
Office of the Attorney General
District of Columbia Department of Law
Patrick Henry Building
400 6th Street NW
Washington, DC 20001

Ashley Moody
Office of the Attorney General
Florida Department of Law
The Capitol PL-01
Tallahassee, FL 32399

Chris Carr
Office of the Attorney General
Georgia Department of Law
40 Capitol Square, SW
Atlanta, GA 30334

Anne E. Lopez
Office of the Attorney General
Hawaii Department of Law
425 Queen St
Honolulu, HI 96813

CERTIFICATE OF SERVICE - 2

Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

| | | |
|---|---|---|
| 1 | | |
| 2 | Raul Labrador<br>Office of the Attorney General | Kwame Raoul<br>Office of the Attorney General |
| 3 | Idaho Department of Law<br>700 West Jefferson St., Suite 210 | Illinois Department of Law<br>100 W. Randolph St. |
| 4 | Boise, ID 83720 | Chicago, IL 60601 |
| 5 | Todd Rokita<br>Office of the Attorney General | Brenna Bird<br>Office of the Attorney General |
| 6 | Indiana Department of Law<br>302 W. Washington St | Iowa Department of Law<br>Hoover State Office Bldg |
| 7 | Indianapolis, IN 46204 | 1305 E. Walnut St.<br>Des Moines, IA 50319 |
| 8 | | |
| 9 | Kris Kobach<br>Office of the Attorney General | Daniel Cameron<br>Office of the Attorney General |
| 10 | Kansas Department of Law<br>120 SW 10th Avenue, 2nd Floor | Kentucky Department of Law<br>700 Capital Avenue, Suite 118 |
| 11 | Topeka, KS 66612 | Frankfort, KY 40601 |
| 12 | Jeff Landry<br>Office of the Attorney General | Aaron Frey<br>Office of the Attorney General |
| 13 | Louisiana Department of Law<br>1885 North Third Street | Maine Department of Law<br>6 State House Station |
| 14 | Baton Rouge, LA 70802 | Augusta, ME 43333 |
| 15 | Anthony G. Brown<br>Office of the Attorney General | Andrea Campbell<br>Office of the Attorney General |
| 16 | Maryland Department of Law<br>200 St. Paul Place | Massachusettes Department of Law<br>1 Ashburton Place, 20th Floor |
| 17 | Baltimore, MD 21202 | Boston, MA 02108 |
| 18 | Dana Nessel<br>Office of the Attorney General | Keith Ellison<br>Office of the Attorney General |
| 19 | Michigan Department of Law | Minnesota Department of Law |
| 20 | 525 W. Ottawa St<br>Lansing, MI 48933 | 445 Minnesota St., Suite 1400<br>St. Paul, MN 55101 |
| 21 | | |
| 22 | Lynn Fitch<br>Office of the Attorney General | Andrew Bailey<br>Office of the Attorney General |
| 23 | Mississippi Department of Law<br>Walter Sillers Bldg, 550 High St. | Missouri Department of Law<br>Supreme Court Bldg. |
| 24 | Jackson, MS 39201 | 207 W. High Street<br>Jefferson City, MO 65101 |
| 25 | | |
| 26 | | |

CERTIFICATE OF SERVICE - 3

Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

| | | |
|---|---|---|
| 1 | | |
| 2 | Austin Knudsen<br>Office of the Attorney General | Mike Hilgers<br>Office of the Attorney General |
| 3 | Montana Department of Law<br>215 N. Sanders Street | Nebraska Department of Law<br>2115 State Capitol |
| 4 | Helena, MT 59601 | Lincoln, NE 68509 |
| 5 | Aaron Ford<br>Office of the Attorney General | John Formella<br>Office of the Attorney General |
| 6 | Nevada Department of Law<br>100 North Carson Street | New Hampshire Department of Law<br>33 Capitol Street |
| 7 | Carson City, NV 89701 | Concord, NH 03301 |
| 8 | Matthew J. Platkin<br>Office of the Attorney General | Raul Torrez<br>Office of the Attorney General |
| 9 | New Jersey Department of Law<br>RJ Hughes Justice Complex | New Mexico Department of Law<br>408 Galisteo St, Villagra Bldg |
| 10 | 8th Floor, West Wing<br>25 Market Street | Santa Fe, NM 87501 |
| 11 | Trenton, NJ 08611 | |
| 12 | Letitia James<br>Office of the Attorney General | Josh Stein<br>Office of the Attorney General |
| 13 | New York Department of Law<br>The Capitol | North Carolina Department of Law<br>114 West Edenton Street |
| 14 | 1 Empire State Plaza<br>Albany, NY 12224 | Raleigh, NC 27603 |
| 15 | | |
| 16 | Drew Wrigley<br>Office of the Attorney General | Dave Yost<br>Office of the Attorney General |
| 17 | North Dakota Department of Law<br>600 E. Boulevard Ave #125 | Ohio Department of Law<br>30 East Broad St., 14th Floor |
| 18 | Bismarck, ND 58505 | Columbus, OH 43215 |
| 19 | Drummond Gentner<br>Office of the Attorney General | Ellen Rosenblum<br>Office of the Attorney General |
| 20 | Oklahoma Department of Law<br>313 NE 21st Street | Oregon Department of Law<br>1162 Court Street, NE |
| 21 | Oklahoma City, OK 73105 | Salem, OR 97301 |
| 22 | Michelle Henry<br>Office of the Attorney General | Peter Neronha<br>Office of the Attorney General |
| 23 | Pennsylvania Department of Law<br>Strawberry Square, 16th Floor | Rhode Island Department of Law<br>150 South Main Street |
| 24 | Harrisburg, PA 17120 | Providence, RI 02903 |
| 25 | | |
| 26 | | |

CERTIFICATE OF SERVICE - 4

Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

| | |
|---|---|
| Alan Wilson<br>Office of the Attorney General<br>South Carolina Department of Law<br>1000 Assembly Street, Room 519<br>Columbia, SC 29201 | Marty Jackley<br>Office of the Attorney General<br>South Dakota Department of Law<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501 |
| Jonathan Skrmetti<br>Office of the Attorney General<br>Tennessee Department of Law<br>500 Dr. Martin Luther King Blvd<br>Nashville, TN 37243 | Ken Paxton<br>Office of the Attorney General<br>Texas Department of Law<br>300 West 15th St<br>Austin, TX 78701 |
| Sean Reyes<br>Office of the Attorney General<br>Utah Department of Law<br>350 N. State St. #230<br>Salt Lake City, UT 84114 | Charity R. Clark<br>Office of the Attorney General<br>Vermont Department of Law<br>109 State Street<br>Montpelier, VT 05609 |
| Jason Miyares<br>Office of the Attorney General<br>Virgina Department of Law<br>202 N. 9th St<br>Richmond, VA 23219 | Bob Ferguson<br>Office of the Attorney General<br>Washington Department of Law<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 |
| Patrick Morrisey<br>Office of the Attorney General<br>West Virginia Department of Law<br>State Capitol Complex, Bldg. 1, Room E-26,<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305 | Josh Kaul<br>Office of the Attorney General<br>Wisconsin Department of Law<br>17 West Main Street<br>Madison, WI 53703 |
| Bridget Hill<br>Office of the Attorney General<br>Wyoming Department of Law<br>109 State Capitol<br>Cheyenne, WY 82002 | Merrick Garland<br>United States Attorney General<br>Department of Law<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on July 10, 2024, at Seattle, Washington.

*s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4867-0084-8845.2 / 112405-1001

CERTIFICATE OF SERVICE - 5

Case No. 2:21-cv-00884-MJP

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300