THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | NO. 2:21-cv-00884-MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE SETTLEMENT ADMINISTRATOR |

This matter came before the Court on Plaintiffs' Unopposed Motion for Leave to Substitute Settlement Administrator. (Dkt. No. 237.)  Prior to ruling, the Court considered the following:

    A.    Plaintiffs' Unopposed Motion for Leave to Substitute Settlement Administrator;

    B.    Declaration of Toby J. Marshall and exhibits thereto;

    C.    Defendants' Response, if any; and

    D.    Plaintiffs' Reply, if any.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to Substitute Settlement Administrator is GRANTED, and the Court ORDERS as follows:

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE SETTLEMENT ADMINISTRATOR - 1
CASE NO. 2:21-cv-00884-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1.     The Court appoints Simpluris as the Settlement Administrator, which shall fulfill the Settlement Administration functions, duties, and responsibilities of the Settlement Administrator as set forth in the Agreement, this Order, and the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, ECF No. 235. The costs of Settlement Administration shall be paid from the Settlement Fund, up to Simpluris's capped bid amount of $32,000.

2.     The Court finds that the Amended Settlement Notice (Exhibit 1 to the Declaration of Toby J. Marshall) and the manner of its dissemination described in the Settlement Agreement constitutes the best practicable notice under the circumstances and is reasonably calculated, under all the circumstances, to apprise Settlement Class Members of the pendency of this action, the terms of the Agreement, and their right to file a request for exclusion (if not already members of the Collective) or to object to the settlement and appear at the final approval hearing. The Court finds that the notice is reasonable, that it constitutes due, adequate, and sufficient notice to all persons entitled to receive notice, and that it meets the requirements of due process, Fed. R. Civ. P. 23(c), and any other applicable laws.

3.     The Court grants Plaintiffs' unopposed request for a 30-day extension so that Simpluris may, among other things, build the settlement website and interactive form; review and update Class Members' mailing addresses; and finalize, print, mail, and email settlement notices. Accordingly, the Court resets the following settlement administration deadlines:

| Action | Deadline |
|---|---|
| Deadline for the Settlement Administrator to mail class notice: | **August 21, 2024** |
| Deadline for Plaintiffs to file motion for final approval and attorneys' fees and costs: | **September 6, 2024** |
| Deadline for objections to the Settlement and to Opt-Out of the Settlement must be post-marked by: | **October 7, 2024** |
| Deadline for responses to any objections: | **October 28, 2024** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE SETTLEMENT ADMINISTRATOR - 2
CASE NO. 2:21-cv-00884-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Final approval hearing: | December 3, 2024 at 10:00 AM |
|---|---|

DATED this 24th day of July, 2024.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    Ryan Tack-Hooper, WSBA #56423
    Email: rtack-hooper@terrellmarshall.com
    Eric R. Nusser, WSBA #51513
    Email: eric@terrellmarshall.com
    Jasmin Rezaie-Tirabadi, WSBA #60285
    Email: jrezaie@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603

    Tamara Kenworthey, *Admitted Pro Hac Vice*
    Email: tkenworthey@kenwortheylaw.com
    KENWORTHEY LAW PLLC
    137 Fifth Avenue, 9th Floor
    New York, New York 10010
    Telephone: (718) 344-5746

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE SETTLEMENT ADMINISTRATOR - 3
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com