THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | NO. 2:21-cv-00884-MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS** |

THIS MATTER came before the Court on Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs. Prior to ruling, the Court considered the following:

1. Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs;

2. Declaration of Toby J. Marshall in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs;

3. Declaration of Tamara Kenworthey in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs;

4. Declaration of Markus Bulthuis Regarding Notice and Settlement Administration;

5. Defendants' Response;

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS - 1
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6. Plaintiffs' Reply;

7. _____; and

8. _____.

Based on the foregoing, IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs is GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE MARSHA J. PECHMAN

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Toby J. Marshall, WSBA #32726
 Toby J. Marshall, WSBA #32726
 Email: tmarshall@terrellmarshall.com
 Ryan Tack-Hooper, WSBA #56423
 Email: rtack-hooper@terrellmarshall.com
 Eric R. Nusser, WSBA #51513
 Email: eric@terrellmarshall.com
 Jasmin Rezaie-Tirabadi, WSBA #60285
 Email: jrezaie@terrellmarshall.com
 936 North 34th Street, Suite 300
 Seattle, Washington 98103
 Telephone: (206) 816-6603

 Tamara Kenworthey, *Admitted Pro Hac Vice*
 Email: tkenworthey@kenwortheylaw.com
 KENWORTHEY LAW PLLC
 137 Fifth Avenue, 9th Floor
 New York, New York 10010
 Telephone: (718) 344-5746

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS - 2
CASE NO. 2:21-cv-00884-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com