THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIJA PAUNOVIC and DUSAN PAUNOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OBI SEAFOODS LLC, an Alaska corporation, and OCEAN BEAUTY SEAFOODS LLC, an Alaska corporation,<br><br>Defendants. | NO. 2:21-cv-00884-MJP<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS** |

THIS MATTER came before the Court on Plaintiffs' Motion and Supplemental Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs, and the Court held a final settlement fairness hearing on December 3, 2024. Prior to ruling, the Court considered the following:

1.  Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs;

2.  Declaration of Toby J. Marshall in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs;

3.  Declaration of Tamara Kenworthey in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs;

4.  Declaration of Markus Bulthuis Regarding Notice and Settlement Administration;

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS - 1
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5. Plaintiffs' Supplemental Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs;

6. Supplemental Declaration of Toby J. Marshall in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs; and

7. Supplemental Declaration of Markus Bulthuis Regarding Notice and Settlement Administration.

Based on the foregoing, IT IS HEREBY ORDERED THAT Plaintiffs' Motion and Supplemental Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs are GRANTED. The Court: (1) approves the Settlement Agreement as fair, reasonable, and adequate; (2) finds that adequate notice was provided to Class Members; (3) grants Class Counsel $630,000 in attorneys' fees and up to $100,000 in costs; (4) approves the requested service payments to Plaintiffs of $10,000 each; (5) approves the settlement administration costs of up to $32,000; and (6) dismisses this action with prejudice.

IT IS SO ORDERED.

DATED this 3rd day of December, 2024.

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    Ryan Tack-Hooper, WSBA #56423
    Email: rtack-hooper@terrellmarshall.com
    Eric R. Nusser, WSBA #51513
    Email: eric@terrellmarshall.com
    Jasmin Rezaie-Tirabadi, WSBA #60285

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS - 2
CASE NO. 2:21-cv-00884-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Email: jrezaie@terrellmarshall.com
   936 North 34th Street, Suite 300
2  Seattle, Washington 98103
   Telephone: (206) 816-6603
3
   Tamara Kenworthey, *Admitted Pro Hac Vice*
4  Email: tkenworthey@kenwortheylaw.com
   KENWORTHEY LAW PLLC
5  137 Fifth Avenue, 9th Floor
   New York, New York 10010
6  Telephone: (718) 344-5746
7
   *Attorneys for Plaintiffs*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS - 3
CASE NO. 2:21-cv-00884-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com